IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC MONROE DAVIS <br><br> Plaintiff, <br><br> v. <br><br> TRACY KESTER, ET AL. <br><br> Defendants. | CIVIL ACTION <br> NO. 17-0021 |

## ORDER

**AND NOW**, this 26th day of September, 2018, it is hereby **ORDERED** that the defendants' motion to dismiss the second amended complaint [Doc. 28] is **GRANTED**.

The Second Amended Complaint is **DISMISSED**.

The Clerk shall mark this case closed.

                                               BY THE COURT:

                                               **/s/ Jeffrey L. Schmehl**
                                               **JEFFREY L. SCHMEHL**